# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

**MISC 16 1581**

| | |
|---|---|
| TOWNE MORTGAGE COMPANY ) | |
| ) | Civil Action No. 14-14015 |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Honorable Gershwin A. Drain |
| ) | |
| FAIRFIELD FINANCIAL MORTGAGE GROUP, INC., ) | |
| its successors and/or assigns and CHARLES LEVESQUE ) | |
| ) | |
| *Defendant.* ) | |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 3/21/2016.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

DAVID J. WEAVER, CLERK OF COURT

Date: June 10, 2016

*Signature of Clerk or Deputy Clerk*

2016 JUN 16 PM 2:52
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
FILED CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TOWNE MORTGAGE COMPANY,

    Plaintiff,

v.

Case No.: 2:14-cv-14015
Hon. Judge: Gershwin A. Drain
Hon. Magistrate: R. Steven Whalen

FAIRFIELD FINANCIAL MORTGAGE
GROUP, INC., its successors and/or assigns and
CHARLES LEVESQUE, individually,

    Defendants.

| | |
|---|---|
| Lipson, Neilson, Cole, Seltzer & Garin, P.C.<br>THOMAS G. COSTELLO (P42973)<br>Attorneys for Plaintiff<br>3910 Telegraph Road, Suite 200<br>Bloomfield Hills, Michigan 48302<br>(248) 593-5000<br>Email: tcostello@lipsonneilson.com | Touma, Watson, Whaling, Coury<br>& Stremers, P.C.<br>S. DOUGLAS TOUMA (P53610)<br>Attorneys for Defendants<br>316 McMorran Blvd.<br>Port Huron, Michigan 48060<br>Phone: (810) 987-7700<br>Email: sdtouma@twwcc.com |

## CONSENT JUDGMENT

This matter is before this Honorable Court upon the stipulation of Plaintiff TOWNE MORTGAGE COMPANY and Defendant FAIRFIELD FINANCIAL MORTGAGE GROUP, INC., as signified by the signatures below, the Court having reviewed the files and records of this case and otherwise being more fully advised in the premises.

    **NOW, THEREFORE,**

I hereby certify that the foregoing is
a true copy of the original on file in this
Office.
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BY: _Sara Krause_
        Deputy

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Plaintiff TOWNE MORTGAGE COMPANY against Defendant FAIRFIELD FINANCIAL MORTGAGE GROUP, INC., only, in the amount of Four Hundred Thousand and no/100 ($400,000.00) Dollars. Execution upon the Consent Judgment may immediately issue. This Judgment shall earn interest at the highest rate allowed by law from the date the Judgment is entered and until the amount owing under the Judgment is fully paid, satisfied and discharged.

/s/Gershwin A Drain
District Court Judge

The undersigned hereby stipulate to the entry of this Consent Judgment:

FAIRFIELD FINANCIAL
MORTGAGE GROUP, INC.,

s/ Thomas G. Costello
Thomas G. Costello (P42973)
Attorney for Plaintiff

By: s/ with consent of Charles Levesque

Its: President/CEO

s/ with consent of S. Douglas Touma
S. Douglas Touma (P53610)
Attorney for Fairfield Financial
Mortgage Group, Inc.